U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2022400955)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.**

UNDER SEAL
1:25-CR-291

**MAGISTRATE CASE NO.**

X Indictment
DATE: June 24, 2025

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
KIM KWANG JIN (김관진), A/K/A "P.S."

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes    X No
Will the defendant be arrested pending outcome of this proceeding?    X Yes    No
Is the defendant a fugitive?    Yes    X No
Has the defendant been released on bond?    Yes    X No

Will the defendant require an interpreter?    Yes    X No

District Judge:

Attorney: Samir Kaushal
Defense Attorney: