U.S. Department of Justice
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JUN 24 2025
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

UNITED STATES OF AMERICA

v.

Kim Kwang Jin (김광진), a/k/a "P.S."

**Agent to Arrest**

Indictment/Information

1:25-CR-291

UNDER SEAL

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

[signature]
Samir Kaushal
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of June, 2025.

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
BY: [signature] 6/25/25 DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94