ORIGINAL



FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 24 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KIM KWANG JIN (김관진)<br>  A/K/A "P.S.,"<br>KANG TAE BOK (강태복)<br>  A/K/A "WONG SHAO ONN,"<br>JONG PONG JU (정봉주)<br>  A/K/A "BRYAN CHO," AND<br>CHANG NAM IL (창남일)<br>  A/K/A "BONG CHEE SHEN,"<br>  A/K/A "PETER XIAO" | Under Seal<br><br>Criminal Indictment<br><br>No. 1:25-CR-291 |

**Motion to Seal Indictment**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the attached Indictment, motion to seal and order be sealed for the following reason: the defendants are presently believed to be located overseas and, if they learn of this Indictment, may avoid travel to locations where they can be arrested and extradited to the United States.

WHEREFORE, the United States of America respectfully requests that this motion, the Indictment and ensuing order be sealed.

Submitted this 24th day of June 2025.

                                        Respectfully submitted,

                                        THEODORE S. HERTZBERG
                                            *United States Attorney*

                                        /s/ Samir Kaushal
                                        SAMIR KAUSHAL
                                            *Assistant United States Attorney*
                                        Georgia Bar No. 935285
                                        Samir.Kaushal@usdoj.gov