ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 24 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KIM KWANG JIN (김관진)<br>  A/K/A "P.S.,"<br>KANG TAE BOK (강태복)<br>  A/K/A "WONG SHAO ONN,"<br>JONG PONG JU (정봉주)<br>  A/K/A "BRYAN CHO," AND<br>CHANG NAM IL (창남일)<br>  A/K/A "BONG CHEE SHEN,"<br>  A/K/A "PETER XIAO" | Under Seal<br><br>Criminal Indictment<br><br>No. 1:25-CR-291 |

**Order**

Having read and considered the government's Motion to Seal Indictment and application and for good cause shown,

It is hereby ORDERED that the Indictment and application be sealed.

SO ORDERED this 24th day of June, 2025.

_____  Justin Anand
HON. RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

Presented by:
Samir Kaushal, Assistant United States Attorney