Case 1:25-cr-00291-UNA   Document 13   Filed 06/30/25   Page 1 of 1

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jun 30 2025

KEVIN P. WEIMER, Clerk

By: B. Evans
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KIM KWANG JIN (김관진)<br>  a/k/a "P.S.,"<br>KANG TAE BOK (강태복)<br>  a/k/a "WONG SHAO ONN,"<br>JONG PONG JU (정봉주)<br>  a/k/a "BRYAN CHO," AND<br>CHANG NAM IL (창남일)<br>  a/k/a "BONG CHEE SHEN,"<br>  a/k/a "PETER XIAO" | Criminal Indictment<br><br>No. 1:25-CR-291 |

**Motion to Unseal Indictment**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, moves this Court to unseal the Indictment and in support shows that the government would like to make the Indictment publicly available. As such, the government respectfully requests that Indictment be unsealed.

Respectfully submitted,

THEODORE S. HERTZBERG
  *United States Attorney*

/s/ SAMIR KAUSHAL
  *Assistant United States Attorney*
Georgia Bar No. 935285
Samir.Kaushal@usdoj.gov