Case 1:25-cr-00291-UNA   Document 14   Filed 06/30/25   Page 1 of 1

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jun 30 2025

KEVIN P. WEIMER, Clerk

By: B. Evans
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KIM KWANG JIN (김관진)<br>  A/K/A "P.S.,"<br>KANG TAE BOK (강태복)<br>  A/K/A "WONG SHAO ONN,"<br>JONG PONG JU (정봉주)<br>  A/K/A "BRYAN CHO," AND<br>CHANG NAM IL (창남일)<br>  A/K/A "BONG CHEE SHEN,"<br>  A/K/A "PETER XIAO" | Criminal Indictment<br><br>No. 1:25-CR-291 |

**Order**

Having read and considered the government's Motion to Unseal Indictment and application and for good cause shown,

It is hereby ORDERED that the Indictment and application be unsealed.

SO ORDERED this 30th day of June, 2025.

_____
HON. JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Presented by:
Samir Kaushal
Assistant United States Attorney